■ In the Matter of THOMAS F. SMYTH, an Attorney.—Determination of motion for reinstatement held in abeyance pending receipt of report of the Departmental Disciplinary Committee for the First Judicial Department. Concur—Kupferman, J. P., Birns, Lane and Lupiano, JJ.

(November 13, 1979)

■ ELIAHU LIPKIS, Respondent, v MARIO PIKUS et al., Appellants.—Seven orders of the Appellate Term of the Supreme Court, First Department, each entered on March 30, 1979, unanimously affirmed on the majority opinion at the Appellate Term, without costs and without disbursements. Concur—Murphy, P. J., Sullivan, Bloom, Lupiano and Ross, JJ. [99 Misc 2d 518.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LANCE, Appellant.—Judgment, Supreme Court, New York County, rendered on March 23, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Lane, Lupiano, Silverman and Ross, JJ.